HENRY HARRISON v. THE STATE.

No. 8135.   Decided May 7, 1924.

Rehearing denied June 11, 1924.   .

**Selling Intoxicating Liquor.**

Upon trial of unlawfully selling intoxicating liquor in the absence of bills of exception under a proper charge of the court, the judgment below must be affirmed.

Appeal from the District Court of San Jacinto.   Tried below before the Honorable J. L. Manry.

Appeal from a conviction of unlawfully selling intoxicating liquor; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

*M. E. Gates* and *J. M. Hansbro,* for appellant.

*Tom Garrard,* Attorney for the State and *Grover C. Morris,* Assistant Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of San Jacinto County of selling intoxicating liquor, and his punishment fixed at one year in the penitentiary.

The record is before us without bills of exception.   The State witness affirmed positively the purchase of intoxicating liquor from appellant.   Appellant denied this.   The jury solved the issue against appellant.   The veracity of the State witness was not attacked and was for the jury.   The charge of the court and indictment appearing to be regular, an affirmance will be ordered.

*Affirmed.*

[Rehearing denied June 11, 1924.   Reporter.]